IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMETHEUS DEVELOPMENT CO., INC., a California corporation, and SANFORD N. DILLER, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>EVEREST PROPERTIES II, LLC, a California Limited Liability Company, EVEREST INVESTORS 12, LLC, a California Limited Liability Company, and EVEREST MANAGEMENT, LLC, a California Limited Liability Company,<br><br>    Defendants.<br>_____ / | No. C 06-02751 WHA<br><br>**STIPULATION AND ORDER GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

    WHEREAS, the Court in the above-entitled action has scheduled an Initial Case Management Conference for July 20, 2006 at 11:00 a.m. before the Hon. William Alsup in Courtroom 9;

    WHEREAS, Counsel for Plaintiffs Dennis A. Kendig and Daniel L. Germain of Kendig Law Firm are unavailable to attend the Initial Case Management Conference on that date due to previously scheduled vacations;

    WHEREAS, Counsel for Plaintiffs and Counsel for Defendants have agreed to stipulate to continue the Initial Case Management Conference to Thursday, July 27, 2006 at 11:00 a.m. in Courtroom 9;

IT IS HEREBY STIPULATED AND AGREED that the Initial Case Management Conference in the above-entitled action shall be continued to Thursday, July 27, 2006 at 11:00 a.m.

Dated: May 30, 2006   KENDIG LAW FIRM

By: /S/
    Daniel L. Germain
Attorneys for Defendants

Dated: May 30, 2006   ANDERSON, McPHARLIN & CONNERS LLP

By: /S/
    David T. DiBiase

Richard P. Tricker
Attorneys for Plaintiffs

## ORDER

Please file a joint case management statement no later than July 20, 2006.

**SO ORDERED.**

Dated: May 30, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE