IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMETHEUS DEVELOPMENT CO., INC.; and SANFORD N. DILLER,<br><br>       Plaintiffs,<br><br>  v.<br><br>EVEREST PROPERTIES II, LLC; EVEREST INVESTORS 12, LLC; AND EVEREST MANAGEMENT, LLC,<br><br>       Defendants.<br>_____/ | No. C 06-02751 WHA<br><br>**ORDER DENYING REQUEST FOR EXPEDITED DISCOVERY AND VACATING HEARING** |

Plaintiffs request expedited discovery purportedly relating to the jurisdictional issues raised by defendants' pending motion to dismiss. Plaintiffs have already been before this Court in a related action, as well as in state court on another related action. They should, therefore, have more than adequate information at their disposal to respond to defendants' motion without expedited discovery in this action. Finding no good cause, plaintiffs' motion for expedited discovery is **DENIED**. The discovery hearing scheduled for June 15, 2006 is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 12, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE